## LETTER OF ASSENT
## 62-COUNTY BUILDING AGREEMENT

This Agreement is entered into between ___Superior Sewer and Water, inc.___ its successors and assigns, hereinafter referred to as the "Contractor" and The Wisconsin Laborers' District Council, its successors and assigns, hereinafter referred to as the "Union."

The Contractor and the Union agree as follows:

1. The Contractor recognizes the Union as the sole and exclusive bargaining representative, under Section 9A of the NLRA for and on behalf of the employees of the Contractor within the territorial and occupational jurisdiction of the Union, as specified in the Agreement between the Union and the Associated General Contractors of Wisconsin, Inc. and Wisconsin Independent Contractors.

2. The Union and the Contractor hereby adopt the 62-County Building Labor Agreement between the Union and the Associated General Contractors of Wisconsin, Inc. and Wisconsin Independent Contractors, and both the Contractor and the Union agree to be bound by all the terms and conditions of said Agreement.

3. This Agreement and the adoption of the Agreement between the Union and the Associated General Contractors of Wisconsin, Inc. and Wisconsin Independent Contractors shall be effective as of date signed and remain in effect to and including the expiration of the Agreement between the Union and the Associated General Contractors of Wisconsin, Inc. and Wisconsin Independent Contractors. This Agreement shall continue in effect from year to year thereafter and specifically adopt any successor Agreement entered into between the Union and the Associated General Contractors of Wisconsin, Inc. and Wisconsin Independent Contractors to the expiration date of the Agreement adopted herein, unless notice of termination or amendment is given in the matter provided herein.

4. In the event of a strike over negotiations for a successor agreement, it would not be considered a violation of this Agreement for the Contractor to stop work or for the Union to stop work for the duration of the strike.

5. Either party desiring to amend or terminate this Agreement must notify the other in writing at least 90 but not more than 120 days prior to the expiration date of the Agreement between the Union and the Union and the Associated General Contractors of Wisconsin, Inc. and Wisconsin Independent Contractors.

WI Laborers' District Council
4633 LIUNA Way, Suite 101
DeForest, WI 53532
Phone 608 846-8242/Fax 608 846-5460

By: _____
John J. Schmitt
President/Business Manager

Contractor: _Superior Sewer and Water inc_
Address: _1501 Deer Trail_
City: _Luxemburg_   State: _WI_   Zip: _54217_
Phone: _(920) 845-2253_   Fax: _____

By: _____   Owner
Name/Title

Date: _4/5/2019_